UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM AUTOMOBILE
INSURANCE COMPANY,　　　　　　　　　No. 07-10614

　　　　　Plaintiff,　　　　　　　　　　　District Judge Anna Diggs Taylor

v.　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

ACCIDENT VICTIMS HOME HEALTH
CARE SERVICES, INC., ET.AL.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

### ORDER STAYING ENFORCEMENT OF SUBPOENA

　　Defendants Accident Victims Home Health Care Services and George Paige have filed an Emergency Motion to Quash Subpoenas [Docket #32]. Specifically, Defendants ask this Court to quash non-party subpoenas directed to LaSalle Bank and accountant William Strait. The subpoenas request the production of documents relating to the Defendants.

　　The subpoenas were issued on March 7, 2008, and demand that the documents be produced today, March 19, 2008. The undersigned was referred this motion today. Because the Defendants have timely raised issues of relevance, the Court deems it necessary to stay the enforcement of these subpoenas pending briefing and argument by the parties. Therefore,

　　IT IS ORDERED that enforcement of the document subpoenas issued to LaSalle Bank Midwest, NA and William D. Strait, CPA and William D. Strait, CPA, PC is STAYED, and the recipients of the subpoenas shall not produce the requested documents until further order

-1-

of this Court.

IT IS FURTHER ORDERED that counsel for the parties shall appear in this Court before the Honorable R. Steven Whalen, Courtroom 662, 231 W. Lafayette Blvd., Detroit, MI 48226 on April 2, 2008, at 10:00 a.m., to argue the Defendants' Emergency Motion to Quash Subpoena [Docket #32].

IT IS FURTHER ORDERED that Plaintiff will immediately serve a copy of this Order on the entities that were subpoenaed.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 19, 2008.

S/Gina Wilson
Judicial Assistant