# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,                                   Case No. 07-10614

v.                                            District Judge Anna Diggs Taylor
                                             Magistrate Judge R. Steven Whalen

ACCIDENT VICTIMS HOME
HEALTH CARE SERVICES,
INC., et al.,

    Defendants.

_____/

## ORDER VACATING NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Amended Notice of Hearing filed on 5/20/2008, [Docket #81], scheduling a motion hearing on Plaintiff's Motion to Enforce Subpoena to India Watts for Thursday, June 5, 2008 at 10:00 a.m., is hereby **VACATED** and the hearing cancelled.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2008

                                     CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 4, 2008.

                                         S/Gina Wilson
                                         Judicial Assistant