UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM AUTOMOBILE
INSURANCE COMPANY,　　　　　　　　　　No. 07-10614

　　　　　Plaintiff,　　　　　　　　　　　District Judge Anna Diggs Taylor

v.　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

ACCIDENT VICTIMS HOME HEALTH
CARE SERVICES, INC., ET.AL.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　/

**ORDER**

The order to show cause against non-party India Watts, entered on June 13, 2008 [Docket #92], is hereby VACATED, for the reasons and under the terms stated on the record on June 26, 2006.

India Watts shall appear for her deposition no later than July 31, 2008, at a specific time and place to be agreed upon by her and Plaintiff's counsel. India Watts shall also provide Plaintiff's counsel with her current address.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 26, 2008.

                                                S/G. Wilson  
                                                Judicial Assistant