UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM AUTOMOBILE
INSURANCE COMPANY,                          No. 07-10614

        Plaintiff,                          District Judge Anna Diggs Taylor

v.                                          Magistrate Judge R. Steven Whalen

ACCIDENT VICTIMS HOME HEALTH
CARE SERVICES, INC., ET.AL.,

        Defendants.
_____ /

### ORDER RE: EXPERT WITNESS FEES

Before the Court is Plaintiff's Motion to Determine the Reasonableness and/or

Amount of Fees [Docket #96].  The motion concerns the fees to be paid for the

depositions of two of Defendant's witnesses, Dr. Firoza VanHorn and Dr. Salahuddin

Ahmad.

For the reasons and under the terms stated on the record on August 4, 2008, both

Dr. VanHorn and Dr. Salahuddin will be paid for their deposition testimony at the rate of

$500.00 for the first hour and $250.00 for each hour thereafter.  They shall not be paid for

preparation time.

SO ORDERED.


S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  August 5, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 5, 2008.


S/Gina Wilson
Judicial Assistant