UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM AUTOMOBILE
INSURANCE COMPANY,                              No. 07-10614

        Plaintiff,                      District Judge Anna Diggs Taylor

v.                                              Magistrate Judge R. Steven Whalen

ACCIDENT VICTIMS HOME HEALTH
CARE SERVICES, INC., ET.AL.,

        Defendants.
_____ /

**ORDER GRANTING IN PART AND DENYING IN PART
EMERGENCY MOTION FOR PROTECTIVE ORDER**

For the reasons stated on the record on August 20, 2008, Defendant's Emergency

Motion for Protective Order to Halt Depositions [Docket #106] is GRANTED IN PART

AND DENIED IN PART, as follows:

1. The Motion is granted as to the deposition of Beth Ann Thomason, scheduled

for August 25, 2008, and that deposition shall not take place.

2. Pursuant to Fed.R.Civ.P. 30(a)(2), Plaintiff shall be permitted to take two

additional depositions in excess of the depositions that have already taken place. Beth

Ann Thomason shall not be included in those two depositions.

3. As to any further Plaintiff's depositions, except for the two depositions

permitted by ¶ 2 of this Order, the Motion for Protective Order is GRANTED.

-1-

SO ORDERED.


                                        S/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  August 20, 2008

                        CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on August 20, 2008.


                                        s/Gina Wilson
                                        Judicial Assistant